IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00848-WYD-MJW

ATLANDIA IMPORTS, INC., d/b/a Icelandic Design,

Plaintiff(s),

v.

WOOLRICH, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 27) is approved as amended in paragraph 3 of the written Confidentiality Protective Order and made an Order of Court.

Date: October 7, 2005