**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.: 05-cv-00848-WYD-MJW

ATLANDIA IMPORTS, INC. d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

WOOLRICH, INC.

    Defendant.

---

**MINUTE ORDER**
**GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE**
**(DN 38)**

---

    THIS MATTER has come before the Court pursuant to Plaintiff's Motion to Vacate the Settlement Conference on March 6, 2006 at 3:00 p.m., and the Court, being fully advised and finding good cause exists,

    HEREBY ORDERS that the settlement conference set in this matter for March 6, 2006 at 3:00 p.m. is VACATED. The parties shall have up to and including March 31, 2006 within which to file their stipulated motion for dismissal of this case with Judge Wiley Y. Daniel .

Date:  March 6, 2006