IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-848-WYD-MJW

ATLANDIA IMPORTS, INC., d/b/a ICELANDIC DESIGN, a Colorado corporation,

   Plaintiff,

v.

WOOLRICH, INC.,

   Defendant.

---

## ORDER

---

THIS MATTER is before the Court upon review of the file.  The Court notes that on March 3, 2006, the parties filed an Unopposed Motion to Vacate Settlement Conference (# 38) on the basis that the parties had "reached a settlement in principal, and are currently working on drafting up the settlement documents."  The parties also requested that they have until March 31, 2006, to file dismissal papers.  On March 6, 2006, Magistrate Judge Watanabe granted the parties' Motion to Vacate and ordered that a stipulated motion for dismissal be filed by March 31, 2006.  In light of the parties' settlement, it is

ORDERED that Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (# 11), filed June 22, 2006, is **DENIED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Defendant's Partial Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(6) (# 12), filed June 22, 2006, is **DENIED WITHOUT PREJUDICE**.

Dated: March 13, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge