IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-848-WYD-MJW

ATLANDIA IMPORTS, INC., d/b/a ICELANDIC DESIGN, a Colorado corporation,

    Plaintiff,

v.

WOOLRICH, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice [# 46], filed April 12, 2006.  Having reviewed the motion and being fully advised, it is

ORDERED that the parties' Stipulated Motion for Dismissal With Prejudice is **GRANTED**.  It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated:  April 13, 2006

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge